FILED
JUN 23 2020
CLERK U.S. DISTRICT COU
WEST. DIST. OF PENNSYLVA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-138 |
| KINKAID X. TUMPKIN | [UNDER SEAL] |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Benjamin J. Risacher, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant KINKAID X. TUMPKIN, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with violating Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii) and 841(b)(1)(C). Recommended bond: Detention.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: *[signature]*
BENJAMIN J. RISACHER
Assistant U.S. Attorney
PA ID No. 318436